UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CATHERINE JOANN ELIZABETH           CIVIL ACTION
HOUSTON

VERSUS                              NUMBER: 05-3961

STATE OF LOUISIANA, ET AL.          SECTION: "J"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute.

New Orleans, Louisiana, this 16th day of May, 2006.

UNITED STATES DISTRICT JUDGE